7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Larry Wayne Stone and Roberta Evelyn Stone
*Debtor*

**Larry Wayne Stone**
**Roberta Evelyn Stone**
  Plaintiff(s)

v.

**BENEFICIAL FINANCIAL I, INC.**
  Defendant(s)

*Bankruptcy Case No.*
12–42074–can7

*Adversary Case No.*
15–04084–can

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the judicial lien held by Defendant as a result of the Judgment in Henry County Circuit Court Case No. 10HE–AC00634–01 is avoided and cancelled.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 10/8/15

Court to serve